AUGUST 13, 2001

No. 00A1147 (00–10618). BEAZLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution. JUSTICE SCALIA, JUSTICE SOUTER, and JUSTICE THOMAS took no part in the consideration or decision of this application.

AUGUST 22, 2001

No. 01–5243. HUDSON v. CAMPBELL, CLERK, LYON COUNTY CIRCUIT COURT, ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 23, 2001

No. 01–5943 (01A155). WHITE v. NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 01–5944 (01A156). WHITE v. NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 01–5960 (01A160). WHITE v. EASLEY, GOVERNOR OF NORTH CAROLINA, ET AL. Gen. Ct. Justice, Super. Ct. Div., Wake County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

AUGUST 27, 2001

No. 01A2. BUSH v. POWELL. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.